UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULES NGAMBO,<br><br>                        Plaintiff,<br><br>        -against-<br><br>LISA PURCELL<br><br>                        Defendant. | 22-CV-8550 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 19, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 19, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge